U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

IN RE:  Kenneth Odell Woodson, Jr.                    Chapter 13
        Angela Carter Woodson                       Case No. 14-61610

              Debtors
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KENNETH ODELL WOODSON, JR. and
ANGELA CARTER WOODSON,

            Movants,

v.

ALLIED TITLE LENDING LLC
c/o CT Corporation System, R/A
4701 Cox Road, Suite 285
Glen Allen, VA  23060

c/o Cawthorn Pickard Row
9701 Metropolitan Court, Suite C
Richmond, VA  23236

200 SE First Street
Miami, FL  33131

           Respondent.

## NOTICE OF HEARING

On application of the Debtors in the above-entitled case, notice is hereby given of the hearing on Debtors' Motion to Avoid Lien, which is scheduled to be held on the 20th day of October, 2014, at 9:30 a.m. in Courtroom 200, at the U.S. Courthouse, located at 255 West Main Street, Charlottesville, Virginia.

/s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB# 37362
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA  22902
(434) 979-7900
Counsel for Debtors

1

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing Notice this 29th day of August, 2014, on Debtors and Allied Title Lending, LLC at the addresses above, via first-class mail, postage prepaid, and via ECF on the Chapter 13 Trustee, Herbert L. Beskin, Esq.

./s/ Marshall M. Slayton
Marshall M. Slayton
Attorney for Debtors

2

U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

IN RE:  Kenneth Odell Woodson, Jr.                         Chapter 13
        Angela Carter Woodson                              Case No. 14-61610

                 Debtors
**************************************
KENNETH ODELL WOODSON, JR. and
ANGELA CARTER WOODSON,

                Movants,

v.

ALLIED TITLE LENDING LLC
c/o CT Corporation System, R/A
4701 Cox Road, Suite 285
Glen Allen, VA  23060

c/o Cawthorn Pickard Row
9701 Metropolitan Court, Suite C
Richmond, VA  23236

200 SE First Street
Miami, FL  33131

                Respondent.

## MOTION TO AVOID JUDGMENT LIEN

COME NOW the Debtors, by counsel, to avoid a certain lien held by Allied Title
Lending LLC on property of the Debtors described as Debtors' real estate under Section 522(f)
of the Bankruptcy Code, and hereby state as follows:

1.     This case was commenced by the Debtors by filing a voluntary petition under
Chapter 13 of the Bankruptcy Code on August 26, 2014.

2.     This Court has jurisdiction under 28 U.S.C. § 1334.  This is a core proceeding.

3.     As of the date of filing in this case, Debtors had an interest in real estate located at
797 Bryants Ford Road, Fork Union, Fluvanna County, Virginia, Tax Map No. 53-A-23 (the "Real
Property").

1

4.      The Real Property is currently assessed by Fluvanna County at a value of $128,000.00. Attached hereto as Exhibit A is a copy of the county tax assessment.

5.      In Schedule C of their bankruptcy petition, the Debtors exempted $10.00 of equity in the Real Property under Va. Code § 34-4.

6.      The Real Property is encumbered by three liens. The first is a Deed of Trust held by the Bank of New York Mellon as Assignee of MERS and serviced by Green Tree Servicing, with an approximate payoff of $203,312.00, the Deed of Trust being recorded on September 6, 2006 in Deed Book 699, Page 83, and said Assignment being recorded on March 30, 2012 under Instrument No. 1201083 in the Fluvanna County Clerk's Office. A copy of the relevant pages of the Deed of Trust and Assignment are are attached hereto as Exhibit B.

7.      The second lien is an Abstract of Judgment for $302.97 in favor of The Rectors & Visitors of the University of Virginia, t/a/ UVA Medical Center. The judgment was docketed on April 16, 2012 in Deed Book 19, Page 567 in the Fluvanna County Clerk's Office. A copy of the judgment is attached hereto as Exhibit C. Plaintiffs have moved or will shortly move the Court to avoid this judgment lien.

8.      The third lien is an Abstract of Judgment for $750.00 in favor of Allied Title Lending LLC, the Respondent herein. The judgment was docketed on September 14, 2012 in Deed Book 20, Page 1 in the Fluvanna County Clerk's Office. A copy of the judgment is attached hereto as Exhibit D.

9.      Section 522(f)(1)(A) of the Bankruptcy Code provides that:

Notwithstanding any waiver of exemptions but subject to paragraph (3), the Debtors may avoid the fixing of a lien on an interest of the Debtors in property to the extent that such lien impairs an exemption to which the Debtors would have been entitled under subsection (b) of this section, if such lien is—
        (A) a judicial lien, other than a judicial lien that secures a debt of a kind that is specified in section 523(a)(5) [domestic support obligation].

10.     Section 522(f)(2)(A) of the Bankruptcy Code provides that:

For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of—
        (i) the lien;
        (ii) all other liens on the property; and
        (iii) the amount of the exemption that the Debtors could claim if there were no liens on the property;

exceeds the value that the Debtors' interest in the property would have in the absence of any liens.

11.       Added together, the deed of trust ($203,312.00), UVA Medical Center's judgment lien ($302.97), Allied Title Lending, LLC's judgment lien ($750.00), and the exemption claimed by the Debtors ($10.00) equals $204,374.97 and exceeds the value of the Real Property ($128,000.00) by $76,374.97. Accordingly, the judgment lien in question impairs the Debtors' exemption by this amount and Allied Title Lending LLC's lien may be avoided in its entirety under § 522 (f). See, e.g., In re Butler, 196 B.R. 329, 331 (Bankr. E.D. Va. 1996) (under § 522(f), Debtors may avoid judgment lien in its entirety that was docketed at time when there was no equity in real estate above prior-recorded deeds of trust).

WHEREFORE, the above-referenced Allied Title Lending LLC lien constitutes a judicial lien against the Debtors' Real Property which may be avoided in its entirety by the Debtors pursuant to Section 522(f) of the Bankruptcy Code. Accordingly, the Debtors respectfully request that the Court enter an Order that:

(1)       the Abstract of Judgment for $750.00 in favor of Allied Title Lending LLC docketed on September 14, 2012 in Deed Book 20, Page 1 in the Fluvanna County Clerk's Office is hereby avoided in its entirety and the underlying debt made an unsecured claim; and

(2)       awards the Debtors such other and further relief as is just and proper.

Dated August 28, 2014.

Respectfully submitted,

KENNETH ODELL WOODSON, JR.
ANGELA CARTER WOODSON

By counsel

/s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB# 37362
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA 22902
(434) 979-7900
Counsel for Debtors

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion to Avoid Lien this _29th_ day of _August_, 2014, on Debtors and Allied Title Lending LLC at the addresses above, via first-class mail, postage prepaid, and via ECF on the Chapter 13 Trustee, Herbert L. Beskin, Esq.

_____
Marshall M. Slayton
Attorney for Debtors

4

# Blue Streak Docs

## CURRENT OWNER SEARCH R

| | | | |
|---|---|---|---|
| **To:** | Boyle, Bain, Reback & Slayton | **Attn:** | Lee Graham |
| **Job Number:** PS-LEE | | **Date Search Perform** 6/27/2014 | |
| **Loan Number** 16282A | | **Effective Date of Cou** 5/30/2014 | |
| **Borrower:** WOODSON, KENNETH | **Addres** 797 BRYANTS FORD ROAD | **Zip:** | |
| **Co Borrower:** WOODSON, ANGELA | **City:** FORK UNION | **County:** | Fluvanna,VA |
| | **State:** VA | | |

## Tax Information

### Parcel

| | | | |
|---|---|---|---|
| **Parcel ID:** | 53-A-23 | **Assessment Year:** 2014 | |
| **Homestead Exempti** N/A | **Amoun** $0.00 | **Other Exemption:** N/A | **Amount** $0.00 |
| **Land Value:** | $47,400.00 | **Improvement Valu** $80,600.00 | |
| **Other Assessment** | $0.00 | **Assessed Value:** | $128,000.00 |

### Parcel Tax

| | | | |
|---|---|---|---|
| **Tax Type:** | County | | |
| **Prior Year Paid in** Yes | **If No, Amount D** $0.00 | **if paid by** | **Type:** BiAnnual **Tax Year** 2014 |

**1st Payment**

| | | | |
|---|---|---|---|
| **Payment Am** $563.20 | **Payment Stat** Paid | **Paid On:** 5/28/2014 | **Original Due Dat** 6/5/2014 |
| **Taxes delinquent if not pai** 6/6/2014 | | **Delinquent Am** $0.00 | **If paid by:** |

**1st Payment Notes:**

**2nd Paymen**

| | | | |
|---|---|---|---|
| **Payment Am** $563.20 | **Payment Stat** Unpaid | **Paid On:** | **Original Due Dat** 12/5/2014 |
| **Taxes delinquent if not pai** 12/6/2014 | | **Delinquent Am** $0.00 | |

**2nd Payment Notes:**

**Overall Note:**

| | | | |
|---|---|---|---|
| **Homeowner Assoc** Not Checked | **Name** | **Instrument:** | |
| **PUD?:** Not Checked | **Name** | **Recorded:** | **Book/Pag** 1 |

## Legal Description

ALL THAT CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATE IN FORK UNION MAGISTERIAL DISTRICT, FLUVANNA COUNTY, VIRGINIA, CONTAINING 4.616 ACRES, MORE OR LESS, BY SURVEY ON THE NORTHWEST SIDE OF AND ADJOINING VIRGINIA STATE HIGHWAY NUMBER 656, AND DESCRIBED BY METES AND BOUNDS ON PLAT OF SURVEY MADE BY GREGORY D. HOSAFLOCK, C.L.S., DATED SEPTEMBER 8, 1986, OF RECORD IN THE CLERK'S OFFICE OF SAID COUNTY IN DEED BOOK 235, PAGE 349.

## Exhibit A

| | | |
|---|---|---|
| **Grantor:** | ANGELA WOODSON, NONE STATED | **Grantee:** KENNETH WOODSON AND ANGELA WOODSON, HUSBAND AND WIFE, AS TENANTS BY THE |

0699
0083                    699    83

5356

After recording please return to:          Prepared by:
Concorde Acceptance Corporation

[Company Name]                             [Name of Natural Person]
Attn: Servicing Dept.

[Name of Natural Person]                   [Company Name]
7929 Brookriver Drive #500

[Street Address]                           [Street Address]
Dallas, TX 75247

[City, State Zip Code]                     [City, State Zip Code]

                                    Mail To: Southern Central Title, LLC
Parcel Identification No.:                  1632 East Parham Road
                                            Richmond, VA 23228
_____53-A-23_____  [Space Above This Line For Recording Data]_____

# DEED OF TRUST

                                            MIN  100138100001104943

The following information, as further defined below, is provided in accordance with Virginia law.
This Deed of Trust is given by   KENNETH WOODSON and ANGELA WOODSON, husband and wife

                                                                            as

Borrower (trustor), to   SOUTHERN TITLE
                                            , as Trustee, for the benefit of
"MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as
a nominee for Lender and Lender's successors and assigns, as beneficiary.

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11,
13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)    "Security Instrument" means this document, which is dated        August 30, 2006      , together
with all Riders to this document.

(B)    "Borrower" is   KENNETH WOODSON and ANGELA WOODSON, husband and wife

                                    . Borrower is the trustor under this Security Instrument.

(C)    "Lender" is   Concorde Acceptance Corporation

Lender is a               corporation                      organized and existing under the laws of
Texas                  . Lender's address is       7929 Brookriver Drive #500, Dallas, TX
75247

Loan No: 0000110494

Virginia Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          MERS Modified Form 3047 01/01
—THE COMPLIANCE SOURCE, INC.—                        Page 1 of 14                    14301VA 08/01 Rev. 04/04
www.compliancesource.com                                                          ©2004, The Compliance Source, Inc.



0699
0084

699    84

**(D)** "Trustee" is  SOUTHERN TITLE
Trustee (whether one or more persons) is a Virginia resident and/or a United States or Virginia chartered corporation
whose principal office is located in Virginia. Trustee's address is   1632 E. PARHAM ROAD,  RICHMOND,
VA 23228

**(E)** "MERS" is Mortgage Electronic Registration Systems, Inc.  MERS is a separate corporation that is acting
solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security
Instrument.  MERS is organized and existing under the laws of Delaware, and has an address and telephone
number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

**(F)** "Note" means the promissory note signed by Borrower and dated     August 30, 2006
The Note states that Borrower owes Lender   one hundred fifty eight thousand four hundred
and NO/100ths                                 Dollars (U.S. $  158,400.00          )
plus interest.  Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not
later than      September  1, 2046       .The interest rate stated in the Note is    9.900  %. If this
Security Instrument is an adjustable rate mortgage loan, this initial rate is subject to change in accordance with the
attached Adjustable Rate Rider.

**(G)** "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."

**(H)** "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due
under the Note, and all sums due under this Security Instrument, plus interest.

**(I)** "Riders" means all Riders to this Security Instrument that are executed by Borrower.  The following
Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| ☒ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ Biweekly Payment Rider |
| ☐ 1-4 Family Rider | ☐ Revocable Trust Rider | |
| ☐ Other(s) [specify] | | |

**(J)** "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances
and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable
judicial opinions.

**(K)** "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners association or
similar organization.

**(L)** "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check,
draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer,
or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term
includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by
telephone, wire transfers, and automated clearinghouse transfers.

**(M)** "Escrow Items" means those items that are described in Section 3.

**(N)** "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by
any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to,

Loan No:  0000110494
Virginia Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          MERS Modified Form 3047 01/01
----THE COMPLIANCE SOURCE, INC.----          Page 2 of 14          14301VA 04/00 Rev. 04/04
www.compliancesource.com          ©2004, The Compliance Source, Inc.

0699
0085                    699    85

or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(O)     "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(P)     "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(Q)     "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R)     "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY
The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the
            County              of              Fluvanna                        :
        [Type of Recording Jurisdiction]      [Name of Recording Jurisdiction]
See Exhibit "A" attached hereto and made a part hereof.


which currently has the address of            797 Bryants Ford Road
                                                [Street]
    Fork Union/Fluvanna    , Virginia      23055          ("Property Address"):
        [City/County]                      [Zip Code]

     TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

     BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

Loan No: 0000110494
Virginia Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          MERS Modified Form 3047 01/01
—THE COMPLIANCE SOURCE, INC.—                      Page 3 of 14                      1401VA-5648 Rev. 04/04
www.compliancesource.com                                                          ©2004, The Compliance Source, Inc.

                                        |||||||||||||||||||

                                                                ILW
                                                                AW

0699
0095

699    95

**23.  Release.**  Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to release this Security Instrument and shall surrender all notes evidencing debt secured by this Security Instrument to Trustee.  Trustee shall release this Security Instrument.  Borrower shall pay any recordation costs.  Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

**24.  Substitute Trustee.**  Lender, at its option, may from time to time remove Trustee and appoint a successor trustee to any Trustee appointed hereunder.  Without conveyance of the Property, the successor trustee shall succeed to all the title, power and duties conferred upon Trustee herein and by Applicable Law.

**NOTICE: THE DEBT SECURED HEREBY IS SUBJECT TO CALL IN FULL OR THE TERMS THEREOF BEING MODIFIED IN THE EVENT OF SALE OR CONVEYANCE OF THE PROPERTY CONVEYED.**

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____        _____  (Seal)
                                        KENNETH WOODSON                -Borrower

_____        _____  (Seal)
                                        ANGELA WOODSON                 -Borrower

                                        _____  (Seal)
                                                                       -Borrower

                                        _____  (Seal)
                                                                       -Borrower

——————————————————[Acknowledgment on Following Page]——————————————————

Loan No.: 0000110494
Virginia Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                    MERS Modified Form 3047 01/01
—THE COMPLIANCE SOURCE, INC.—                          Page 13 of 14                              14341VA 04/04 Rev 08/04
www.compliancesource.com                                                                          ©2004, The Compliance Source, Inc

0699
0096                    C99   96

State of _Virginia_                    §
                                       §
County of _Fluvanna_                   §

Before me the undersigned authority, on this day personally appeared       KENNETH WOODSON and
ANGELA WOODSON

                                                    known to me (or proved to me through an identity card or
other document) to be the person(s) whose name is subscribed to the foregoing instrument, and acknowledged to me
that he/she/they executed the same for the purposes and consideration therein expressed.
        Given under my hand and seal on this   _30_   day of _August_  _2008_ .

        (Seal)
                                       _____
                                       Notary Public

                                       _DAVID  Powell_
                                       Print Name

                                       My Commission Expires: _4·30·200 9_

Loan No: 0000110494
Virginia Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                MERS Modified Form 3047 01/01
—THE COMPLIANCE SOURCE, INC—                         Page 14 of 14                              14001VA 08/00 Rev 08/04
www.compliancesource.com                                                                       ©2004, The Compliance Source, Inc

KW
AW

0699
0097

C99    97

## SCHEDULE A

All that certain tract or parcel of land lying and being situate in Fork Union Magisterial
District, Fluvanna County, Virginia containing 4.616 acres, more or less, by survey on
the northwest side of and adjoining Virginia State Highway Number 656, and described
by metes and bounds on plat of survey made by Gregory D. Hosaflock, C.L.S., dated
September 8, 1986, of record in the Clerk's office of the Circuit Court of said County in
Deed Book 235, page 349.

Being the same property conveyed to Angela L. Carter, unmarried by Deed dated July 20,
1994 from Thomas A. Jones and Andrea J. Jones, husband and wife, of record in Deed
Book 272, page 222, Office of Fluvanna County Court Clerk.

And further being the same property conveyed to Angela Woodson, by Deed of Gift from
Angela L. Carter, N/K/A Angela Woodson, dated March 9, 2005 and recorded March 17,
2005 in the Clerk's Office of the Circuit Court, Fluvanna County, Virginia in Deed Book
623 at Page 552.

Improvements known as 797 Bryants Ford Road, Fork Union, Virginia 23055

0699
0100

699 100

intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably
determines that Lender's security will not be impaired by the loan assumption and that the risk of
a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a
condition to Lender's consent to the loan assumption. Lender also may require the transferee to
sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep
all the promises and agreements made in the Note and in this Security Instrument. Borrower will
continue to be obligated under the Note and this Security Instrument unless Lender releases
Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give
Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from
the date the notice is given in accordance with Section 15 within which Borrower must pay all
sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the
expiration of this period, Lender may invoke any remedies permitted by this Security Instrument
without further notice or demand on Borrower.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this
Adjustable Rate Rider.

_____ (Seal)          _____ (Seal)
KENNETH WOODSON          -Borrower       ANGELA WOODSON          -Borrower

_____ (Seal)          _____ (Seal)
                         -Borrower                               -Borrower

Loan No: 0000110494

Multistate Adjustable Rate Rider—LIBOR Six-Month Index (As Published In *THE WALL STREET JOURNAL*)—    Form 3138 1/01
Single Family—Fannie Mae Uniform Instrument
—THE COMPLIANCE SOURCE, INC.—                                Page 3 of 3                    24424MU 09/00
www.compliancesource.com                                                        ©2000, The Compliance Source, Inc

VIRGINIA: CLERK'S OFFICE OF THE CIRCUIT COURT OF FLUVANNA COUNTY
St. R. Tax  396 00
Co. R. Tax  132 00        The foregoing instrument with acknowledgment was
Transfer                  admitted to record on Sept. 6 , 20 06 at
Clerk       35 00         9:02 A M. In D.B. 699 Page(s) 83-100.
Grantor Tax               Recording costs paid as shown.
035+036  11 00
Total $  574 00     Teste: _____ Deputy Clerk
                                 Bouson E. Peterson, Jr., Clerk

0861
0180

861 180

1083

Recording Requested By:
**Bank of America**
Prepared By:
**Diana De Avila**
**450 E. Boundary St.**
**Chapin, SC 29036**
**888-603-9011**
When recorded mail to:
**CoreLogic**
**450 E, Boundary St.**
**Attn: Release Dept.**
**Chapin, SC 29036**

DocID# 4921308041169865

G-Pin:     53-A-23
Property Address:
**797 Bryants Ford Rd**
**Fork Union, VA 23055-2125**
VAO-ADT 17646235        1/21/2012

This space for Recorder's use

MIN #: 100138100001104943        MERS Phone #: 888-679-6377

## NOTICE OF ASSIGNMENT OF DEED OF TRUST

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., the undersigned holder of a Deed of Trust (herein "Grantor") whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834 does hereby grant, sell, assign, transfer and convey unto **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-19** (herein "Grantee") whose address is **101 BARCLAY ST - 4W, NEW YORK ,NY 10286** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:        **CONCORDE ACCEPTANCE CORPORATION**
Made By:                **KENNETH WOODSON AND ANGELA WOODSON, HUSBAND AND WIFE**
Original Trustee:       **SOUTHERN TITLE**
Date of Deed of Trust: 8/30/2006        Original Loan Amount: $158,400.00

Recorded in Fluvanna County, VA on: 9/6/2006, book 699, page 83 and instrument number 5358

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on

**3-21-12**

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: *Cynthia Romo*

~~Cynthia Romo, Assistant Secretary~~

State of California
County of Ventura

On **MAR 2 1 2012** before me, SHANNON J. MOORE , Notary Public, personally appeared _____ **Cynthia Romo** _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: SHANNON J. MOORE            (Seal)
My Commission Expires: 2-18-15

SHANNON J. MOORE
Commission # 1925966
Notary Public - California
Los Angeles County
My Comm. Expires Feb 18, 2015

INSTRUMENT #1201083
RECORDED IN THE CLERK'S OFFICE OF
FLUVANNA COUNTY ON
MARCH 30, 2012 AT 12:00PM

BOUGON E. PETERSON, CLERK
RECORDED BY: TLL

0019
0567

ABSTRACT OF JUDGMENT                    CASE NUMBER: GV12001476-00

ALBEMARLE GENERAL DISTRICT COURT

PLAINTIFF(S)                    V                    DEFENDANT(S)

THE RECTOR AND VISITORS OF THE UNIVERSITY OF    NO SSN    ANGELA C WOODSON            ***-**-3957
VIRGINIA A CORP T/A UNIVERSITY OF VIRGINIA    NO DOB    797 BRYANTS FORD RD         NO DOB
MEDICAL CENTER                                         FORK UNION VA 23055
CHARLOTTESVILLE, VA. 22905

                                                       KENNETH N WOODSON            ***-**-9529
                                                       797 BRYANTS FORD RD          NO DOB
                                                       FORK UNION VA 23055

000357

VIRGINIA: In the Clerk's Office of the Circuit
Court of Fluvanna County. April 16, 20 12
The foregoing Judgment was filed and docketed
to Judgment Lien Book # 19  Page 567
at  12:42  (A/M-P.M.)
Teste: Sandra A Parrish, Deputy Clerk

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT:  03/15/12

AMOUNT OF JUDGMENT:        $392.97

OTHER AMOUNT:              $0.00

HOMESTEAD EXEMPTION WAIVED ( ) YES    (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST:  6  % FROM 11/30/11

COSTS:       $0.00    ATTORNEY'S FEES:  0.0000000000

                     ATTORNEY:

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

3/27/12
DATE                                          ( ) CLERK ( ) JUDGE

FORM DC-485  4/90  (03/27/12)           PAGE: 1/2

# Exhibit C

0020
0001

**ABSTRACT OF JUDGMENT**
Commonwealth of Virginia    VA. CODE § 8.01-449

Case No. _____ GV11003353-00

CHARLOTTESVILLE GENERAL DISTRICT - CIVIL    606 EAST MARKET STREET, CHARLOTTESVILLE, VA 22902
DISTRICT COURT NAME AND ADDRESS

ALLIED TITLE LENDING LLC                    v.    WOODSON, KENNETH
FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE)        FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE)

ADDRESS                                              ADDRESS

7955 NORTH WEST 12TH STREET                          2984 SHORES ROAD
DORAL, FL. 33126                                     PALMYRA, VA 22963

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
|      | 0000  |     |      | 0000  |     |
| DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | | DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | |

FULL NAME OF PLAINTIFF(S)                            FULL NAME OF DEFENDANT(S)

ADDRESS                                              ADDRESS

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|------|-------|-----|------|-------|-----|
| DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | | DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | |

This is to certify that a judgment is rendered in this court in favor of:

[x] PLAINTIFF(S) against DEFENDANT(S)        000760
[ ] DEFENDANT(S) against PLAINTIFF(S)        VIRGINIA:  In the Clerk's Office of the Circuit
[ ] _____                    v.    Court of Fluvanna County, Sept. 14 20 12
                                             The foregoing Judgment was filed and docketed
                                             to Judgment Lien Book # 20  Page  1
| DATE OF JUDGMENT | 10/11/2011 |            at  12:51  (AM) P.M.) Deputy
                                             Teste: Sandra A. Harrison,  Clerk

$ 750.00                              AMOUNT OF JUDGMENT

$                                AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST

HOMESTEAD EXEMPTION WAIVED [ ] YES [ ] NO [ ] CANNOT BE DEMANDED

$                            ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED

INTEREST RATE(S) AND BEGINNING DATE(S)

| COSTS | ATTORNEY'S FEES | ATTORNEY |
|-------|-----------------|----------|
| $ 52.00 | $ | CAWTHORN PICKARD ROW |

OTHER:

I certify the above to be a true abstract of a judgment rendered in this court.

08/28/2012                              Constance P. White
DATE                                    Deputy    [x] CLERK  [ ] JUDGE

FORM DC-465 MASTER 7/07

# Exhibit D